Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  15−28143−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| John Radgoski | Susan Radgoski |
| 112 Borton Avenue | aka Susan M Marshbank |
| Voorhees, NJ 08043 | 112 Borton Avenue |
| | Voorhees, NJ 08043 |

Social Security No.:
   xxx−xx−7268                               xxx−xx−1195

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     4/13/17
Time:     02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Robert Braverman, Debtor's Attorney

COMMISSION OR FEES
$12,675.00

EXPENSES
$473.64

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 6, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-28143-ABA
John Radgoski                                                   Chapter 13
Susan Radgoski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2              Date Rcvd: Mar 06, 2017
                             Form ID: 137          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2017.
```
db/jdb       +John Radgoski,   Susan Radgoski,   112 Borton Avenue,   Voorhees, NJ 08043-4779
cr           +Seterus, Inc. as the authorized subservicer for Fe,   PO Box 1047,   Hartford, CT 06143-1047
cr           +TOYOTA MOTOR CREDIT CORPORATION,   PO Box 9013,   Addison, TX 75001-9013
515759292     Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
515759293     Bank of America,   P.O. Box 15796,   Wilmington, DE 19886-5796
515908531    +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
515759294    +Bishop & Bishop PC,   212 W. Route 38,   Suite 300,   Moorestown, NJ 08057-3271
515759295    +Capital One,   P.O. Box 71083,   Charlotte, NC 28272-1083
515759296     Capital One - Boscovs,   P.O. Box 71106,   Charlotte, NC 28272-1106
515839243     Capital One Bank (USA), N.A.,   P.O. Box 71083,   Charlotte, NC  28272-1083
515759297     Capital One Retail Services-Lord & Taylo,   P.O. Box 71106,   Charlotte, NC 28272-1106
516159673    +Centennial Mill by Del Webb,   c/o Law Offices of Nona L. Ostrove, LLC,
               1020 Laurel Oak Road, Suite 100,   Voorhees, NJ 08043-3518
516361312    +Centennial Mill by Del Webb Community Association,   35 Alyce Lane,   Voorhees, NJ 08043-4783
515759299     Chase,   P.O. Box 78035,   Phoenix, AZ 85062-8035
515759298    +Chase,   c/o Brad D. Layton,   JP Morgan Chase Legal Department,
               900 US Highway 9 North, Suite 401,   Woodbridge, NJ 07095-1003
515759300     Chase Card Services,   P.O. Box 15123,   Wilmington, DE 19850-5123
515759301     Chase Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
515759302     Citi Bank,   P.O. Box 9001037,   Louisville, KY 40290-1037
515759303     DSNB/Macy's,   P.O. Box 78008,   Phoenix, AZ 85062-8008
515965706    +Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA 98083-0657
515759305    +IRS-NJ Assistant Attorney General,   Department of Justice Tax Division,
               Civil Trial Section, Eastern Region,   P.O. Box 227, Ben Franklin Station,
               Washington, DC 20044-0227
515981314    +JPMORGAN CHASE BANK, N.A.,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
               Number Street,   Monroe, LA 71203-4774
515759308    +Law Office of Robert Braverman, LLC,   1060 N. Kings Hwy., Suite 333,
               Cherry Hill, NJ 08034-1910
515759309     Lincoln Automotive Financial Services,   P.O. Box 542000,   Omaha, NE 68154-8000
515759310    +Marlin Business Bank,   P.O. Box 637,   Mount Laurel, NJ 08054-0637
515949064    +Oak Harbor Capital XI, LLC,   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
515759311    +Schumacher Stevens, Nancy,   23 Candlewood Terrace,   Medford, NJ 08055-9176
515991950    +Seterus Inc.,   Attn Pluese, Becker & Saltzman, LLC,   20000 Horizon Way, Suite 900,
               Mount Laurel, NJ 08054-4318
515759312     Seterus, Inc.,   c/o Mr. Jeff A. Johnson, President,   14523 SW Millikan Way, Suite 200,
               Beaverton, OR 97005-2352
515981240    +Seterus, Inc. as the authorized subservicer for Fe,   c/o Seterus, Inc.,   PO Box 1047,
               Hartford, CT 06143-1047
515759313    +Stevens, Leonard,   23 Candlewood Terrace,   Medford, NJ 08055-9176
515759314     Stevens, Leonard & Nancy,   c/o Archer & Greiner,   Eric Lucadamo,
               One Centennial Square, P.O. Box 3000,   Haddonfield, NJ 08033-0968
515759316    +TD Bank/Target,   P.O. Box 673,   Minneapolis, MN 55440-0673
515759317     Toyota Financial Bankruptcy Notification,   P.O. Box 8026,   Cedar Rapids, IA 52408-8026
515854095    +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
               Addison, Texas 75001-9013
515939069     eCAST Settlement Corporation,   POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2017 23:22:24    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2017 23:22:19    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516079613     E-mail/Text: bncmail@w-legal.com Mar 06 2017 23:22:32    Cerastes, LLC,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515759304     E-mail/Text: cio.bncmail@irs.gov Mar 06 2017 23:21:42    IRS,
               Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
515759307    +E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2017 23:22:24    IRS-NJ United States Attorney,
               970 Broad Street, 5th Floor,   Newark, NJ 07102-2534
515836985     E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2017 23:12:53    Synchrony Bank,
               c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
515817461    +E-mail/Text: bncmail@w-legal.com Mar 06 2017 23:22:32    TD BANK USA, N.A.,
               C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515759315    +E-mail/Text: bankruptcy@td.com Mar 06 2017 23:22:27    TD Bank,   1701 Route 70 East,
               Cherry Hill, NJ 08003-2335
515893548    +E-mail/Text: bankruptcy@td.com Mar 06 2017 23:22:27    TD Bank, N.A.,   Attn: Bankruptcy Dept.,
               PO Box 9547,   Portland, ME 04112-9547
                                                                                        TOTAL: 9
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Mar 06, 2017
                              Form ID: 137             Total Noticed: 45
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515759306*     +IRS-NJ Office of Chief Counsel,    SB/SE Division Counsel,   Suite 1500,   One Newark Center,
                Newark, NJ 07102-5211
516128874*     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Douglas G. Leney    on behalf of Creditor Leonard  Stevens dleney@archerlaw.com,
               mfriedman@archerlaw.com;jdering@archerlaw.com
              Douglas G. Leney    on behalf of Creditor Nancy  Stevens dleney@archerlaw.com,
               mfriedman@archerlaw.com;jdering@archerlaw.com
              Francesca Ann Arcure    on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Melissa N. Licker    on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION
               NJ_ECF_Notices@buckleymadole.com
              Nona Ostrove    on behalf of Creditor   Centennial Mill by Del Webb Community Association, Inc.
               nostrove@ostrovelaw.com
              Robert  Braverman    on behalf of Debtor John  Radgoski robert@bravermanlaw.com
              Robert P. Saltzman    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Tammy L. Terrell    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
                                                                      TOTAL: 11