Order Filed on April 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert N. Braverman, Esquire (RB4093)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
(856) 348-0115
Attorney for Debtor

In Re:

JOHN RADGOSKI,

    Debtor.

Case No.:   15-28143

Adv. No.:

Hearing Date:   04/13/2017 @ 2:00 pm

Judge:  Honorable Andrew B. Altenburg, USBJ

## ORDER GRANTING ALLOWANCE TO COUNSEL FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: April 13, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page (2)
Debtor:            John Radgoski
Case #:            15-28143/aba
Caption of Order:  Order Granting Allowances to Counsel For Debtor

The Court having found that the person named below filed an Application For Allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Robert N. Braverman, Esquire | $12,675.00 | $473.64 |
| Attorney For Debtor | (less $2,000.00 rec'd) | (less $310.00 rec'd) |

It is further ORDERED that the sums of $10,675.00 representing the balance due, and the sum of $163.64 representing expenses due, are to be paid through debtor's Chapter 13 Plan.