|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert N. Braverman, Esquire (RB4093)<br>LAW OFFICE OF ROBERT BRAVERMAN, LLC<br>1060 N. Kings Highway, Suite 333<br>Cherry Hill, NJ 08034<br>(856) 348-0115<br>Attorney for Debtor | Order Filed on April 13, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOHN RADGOSKI,<br><br>    Debtor. | Case No.:    15-28143<br><br>Adv. No.:<br><br>Hearing Date:   04/13/2017 @ 2:00 pm<br><br>Judge:  Honorable Andrew B. Altenburg, USBJ |

## ORDER GRANTING ALLOWANCE TO COUNSEL FOR DEBTOR

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

**DATED: April 13, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page (2)
Debtor:             John Radgoski
Case #:             15-28143/aba
Caption of Order:   Order Granting Allowances to Counsel For Debtor

The Court having found that the person named below filed an Application For Allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Robert N. Braverman, Esquire | $12,675.00 | $473.64 |
| Attorney For Debtor | (less $2,000.00 rec'd) | (less $310.00 rec'd) |

It is further ORDERED that the sums of $10,675.00 representing the balance due, and the sum of $163.64 representing expenses due, are to be paid through debtor's Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-28143-ABA
John Radgoski                                                           Chapter 13
Susan Radgoski
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Apr 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2017.
db/jdb         +John Radgoski,    Susan Radgoski,    112 Borton Avenue,    Voorhees, NJ 08043-4779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Douglas G. Leney    on behalf of Creditor Leonard   Stevens dleney@archerlaw.com,
               mfriedman@archerlaw.com;jdering@archerlaw.com
              Douglas G. Leney    on behalf of Creditor Nancy   Stevens dleney@archerlaw.com,
               mfriedman@archerlaw.com;jdering@archerlaw.com
              Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Melissa N. Licker    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               NJ_ECF_Notices@buckleymadole.com
              Nona Ostrove    on behalf of Creditor    Centennial Mill by Del Webb Community Association, Inc.
               nostrove@ostrovelaw.com
              Robert Braverman    on behalf of Debtor John   Radgoski robert@bravermanlaw.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
                                                                                              TOTAL: 12