

UNITED STATES BANKRUPTCY COURT
District of New Jersey

# memorandum

☐ P.O. Box 1352
Newark, NJ 07101-1352
(973) 645-4764

☒ P.O. Box 2067
Camden, NJ 08101-2607
(856) 361-2300

☐ 402 East State Street
Trenton, NJ 08608
(609) 858-9333

TO:        Douglas Baker, Esq.

FROM:    Jeanne A. Naughton, Clerk

RE:        Filing Fees

DATE:     July 24, 2017

CASE NO.: 15-28143/ABA - John Radgoski

PLEADING: Motion for Relief from the Automatic Stay

---

This will confirm receipt of the above pleading on ____July 24, 2017____. This will further confirm receipt of a fee relative to the filing in the amount of $ 176.00. The filing fee for this document is $ 181.00.

Please remit the difference in the amount of $ 5.00 within 24 hours of the receipt of this memo. Failure to do so may result in the issuance of an Order to Show Cause or dismissal of your case.

Please be advised that the United States Bankruptcy Court for the District of New Jersey does not accept cash. Payment must be in the form of an attorney check, money order of certified check.

*rev. 1/4/17*