| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Toyota Motor Credit Corp. | Order Filed on December 6, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  15-28143-ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr. |
| In Re:<br><br>John Radgoski & Susan Radgoski,<br><br>    Debtors. | |

### ORDER VACATING AUTOMATIC STAY AND RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 6, 2017**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor: John Radgoski & Susan Radgoski
Case No.: 15-28143-ABA
Caption: **CONSENT ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, upon a certification of default to vacate the automatic stay as to a vehicle known as 2014 Toyota Avalon, and Robert Braverman, Esq. appearing on behalf of the Debtors John and Susan Radgoski,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the lease agreement between the parties has terminated by its own terms upon the expiration of the lease term; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2014 Toyota Avalon is hereby vacated; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said vehicle is no longer property of the bankruptcy estate, having been returned to Secured Creditor at the expiration of the lease in December, 2015; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property; and

It is further **ORDERED, ADJUDGED** and **DECREED** that in the event Debtors continue to make payments under the terms of the lease, Secured Creditor is under no obligation to accept same, being that relief is effective, however, Debtors may continue to make payment though they are under no obligation to do so; and

It is further **ORDERED, ADJUDGED** and **DECREED** the Certification is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-28143-ABA
John Radgoski                                                                   Chapter 13
Susan Radgoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Dec 06, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db/jdb         +John Radgoski,   Susan Radgoski,   112 Borton Avenue,   Voorhees, NJ 08043-4779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Douglas G. Leney    on behalf of Creditor Leonard  Stevens dleney@archerlaw.com,
           mfriedman@archerlaw.com;jdering@archerlaw.com
          Douglas G. Leney    on behalf of Creditor Nancy  Stevens dleney@archerlaw.com,
           mfriedman@archerlaw.com;jdering@archerlaw.com
          Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Melissa N. Licker    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
           NJ_ECF_Notices@buckleymadole.com
          Nona Ostrove    on behalf of Creditor    Centennial Mill by Del Webb Community Association, Inc.
           nostrove@ostrovelaw.com
          Robert Braverman    on behalf of Debtor John  Radgoski robert@bravermanlaw.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
          Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
                                                                                             TOTAL: 12