Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  15–28143–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Radgoski
112 Borton Avenue
Voorhees, NJ 08043

Susan Radgoski
aka Susan M Marshbank
112 Borton Avenue
Voorhees, NJ 08043

Social Security No.:
    xxx–xx–7268

    xxx–xx–1195

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
    Debtor only was entered on March 28, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 28, 2018
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-28143-ABA
John Radgoski                                                       Chapter 13
Susan Radgoski
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Mar 28, 2018
                             Form ID: 148          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
```
db/jdb     +John Radgoski,   Susan Radgoski,   112 Borton Avenue,   Voorhees, NJ 08043-4779
nc         +Douglas A. Baker,   236 Pine Valley Lane,   Sewell, NJ 08080-1108
cr         +Seterus, Inc. as the authorized subservicer for Fe,   PO Box 1047,   Hartford, CT 06143-1047
cr         +TOYOTA MOTOR CREDIT CORPORATION,   PO Box 9013,   Addison, TX 75001-9013
515759293   Bank of America,   P.O. Box 15796,   Wilmington, DE 19886-5796
515908531  +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
515759294  +Bishop & Bishop PC,   212 W. Route 38,   Suite 300,   Moorestown, NJ 08057-3271
515759296   Capital One - Boscovs,   P.O. Box 71106,   Charlotte, NC 28272-1106
515759297   Capital One Retail Services-Lord & Taylo,   P.O. Box 71106,   Charlotte, NC 28272-1106
516159673  +Centennial Mill by Del Webb,   c/o Law Offices of Nona L. Ostrove, LLC,
             1020 Laurel Oak Road, Suite 100,   Voorhees, NJ 08043-3518
516361312  +Centennial Mill by Del Webb Community Association,   35 Alyce Lane,   Voorhees, NJ 08043-4783
515759299   Chase,   P.O. Box 78035,   Phoenix, AZ 85062-8035
515759302   Citi Bank,   P.O. Box 9001037,   Louisville, KY 40290-1037
515759303   DSNB/Macy's,   P.O. Box 78008,   Phoenix, AZ 85062-8008
515965706  +Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
             Kirkland, WA 98083-0657
517261999  +Fulton Bank of New Jersey,   Attn Eisenberg Gold & Agrawal, PC,   1040 N. Kings Highway,
             Suite 200,   Cherry Hill, NJ 08034-1925
515759305  +IRS-NJ Assistant Attorney General,   Department of Justice Tax Division,
             Civil Trial Section, Eastern Region,   P.O. Box 227, Ben Franklin Station,
             Washington, DC 20044-0227
515981314  +JPMORGAN CHASE BANK, N.A.,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
             Number Street,   Monroe, LA 71203-4774
515759308  +Law Office of Robert Braverman, LLC,   1060 N. Kings Hwy., Suite 333,
             Cherry Hill, NJ 08034-1910
515759310  +Marlin Business Bank,   P.O. Box 637,   Mount Laurel, NJ 08054-0637
515949064  +Oak Harbor Capital XI, LLC,   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
515759311  +Schumacher Stevens, Nancy,   23 Candlewood Terrace,   Medford, NJ 08055-9176
515991950  +Seterus Inc.,   Attn Pluese, Becker & Saltzman, LLC,   20000 Horizon Way, Suite 900,
             Mount Laurel, NJ 08054-4318
515759312   Seterus, Inc.,   c/o Mr. Jeff A. Johnson, President,   14523 SW Millikan Way, Suite 200,
             Beaverton, OR 97005-2352
515981240  +Seterus, Inc. as the authorized subservicer for Fe,   c/o Seterus, Inc.,   PO Box 1047,
             Hartford, CT 06143-1047
515759313  +Stevens, Leonard,   23 Candlewood Terrace,   Medford, NJ 08055-9176
515759314   Stevens, Leonard & Nancy,   c/o Archer & Greiner,   Eric Lucadamo,
             One Centennial Square, P.O. Box 3000,   Haddonfield, NJ 08033-0968
515759317   Toyota Financial Bankruptcy Notification,   P.O. Box 8026,   Cedar Rapids, IA 52408-8026
515854095  +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2018 23:12:53   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2018 23:12:51   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          E-mail/Text: bankruptcy@fult.com Mar 28 2018 23:13:57   Fulton Bank of New Jersey,
             533 Fellowship Road,   Mt. Laurel, NJ 08054-3411
515759292   EDI: BANKAMER.COM Mar 29 2018 02:38:00   Bank of America,   P.O. Box 15019,
             Wilmington, DE 19886-5019
515759295  +EDI: CAPITALONE.COM Mar 29 2018 02:38:00   Capital One,   P.O. Box 71083,
             Charlotte, NC 28272-1083
515839243   EDI: CAPITALONE.COM Mar 29 2018 02:38:00   Capital One Bank (USA), N.A.,   PO Box 71083,
             Charlotte, NC  28272-1083
516079613  +E-mail/Text: bncmail@w-legal.com Mar 28 2018 23:13:07   Cerastes, LLC,
             C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515759298  +EDI: CHASE.COM Mar 29 2018 02:38:00   Chase,   c/o Brad D. Layton,
             JP Morgan Chase Legal Department,   900 US Highway 9 North, Suite 401,
             Woodbridge, NJ 07095-1003
515759300   EDI: CHASE.COM Mar 29 2018 02:38:00   Chase Card Services,   P.O. Box 15123,
             Wilmington, DE 19850-5123
515759301   EDI: CHASE.COM Mar 29 2018 02:38:00   Chase Cardmember Service,   P.O. Box 15153,
             Wilmington, DE 19886-5153
517022337  +E-mail/Text: bankruptcy@fult.com Mar 28 2018 23:13:57   Fulton Bank,
             Attn: Craig A. Roda, Chairman & CEO,   One Penn Square,   PO Box 4887,
             Lancaster, PA 17604-4887
515759304   EDI: IRS.COM Mar 29 2018 02:38:00   IRS,   Centralized Insolvency Operation,   P.O. Box 7346,
             Philadelphia, PA 19101-7346
515759307  +E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2018 23:12:53   IRS-NJ United States Attorney,
             970 Broad Street, 5th Floor,   Newark, NJ 07102-2534
```

District/off: 0312-1          User: admin                    Page 2 of 2                    Date Rcvd: Mar 28, 2018
                             Form ID: 148                    Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515759309          EDI: FORD.COM Mar 29 2018 02:38:00      Lincoln Automotive Financial Services,   P.O. Box 542000,
                   Omaha, NE 68154-8000
515836985          EDI: RMSC.COM Mar 29 2018 02:38:00      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
515817461          +E-mail/Text: bncmail@w-legal.com Mar 28 2018 23:13:07     TD BANK USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515759315          EDI: TDBANKNORTH.COM Mar 29 2018 02:38:00     TD Bank,   1701 Route 70 East,
                   Cherry Hill, NJ 08034
515893548          EDI: TDBANKNORTH.COM Mar 29 2018 02:38:00     TD Bank, N.A.,   Attn: Bankruptcy Dept.,
                   PO Box 9547,  Portland, ME  04112
515759316          +EDI: WTRRNBANK.COM Mar 29 2018 02:38:00     TD Bank/Target,   P.O. Box 673,
                   Minneapolis, MN 55440-0673
515939069          EDI: ECAST.COM Mar 29 2018 02:38:00      eCAST Settlement Corporation,   POB 29262,
                   New York, NY 10087-9262
                                                                                                TOTAL: 20


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*               +Douglas A. Baker,   236 Pine Valley Lane,   Sewell, NJ 08080-1108
515759306*         +IRS-NJ Office of Chief Counsel,   SB/SE Division Counsel,   Suite 1500,   One Newark Center,
                   Newark, NJ 07102-5211
516128874*         +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                   Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                        Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Douglas G. Leney    on behalf of Creditor Leonard  Stevens dleney@archerlaw.com,
               mfriedman@archerlaw.com;jdering@archerlaw.com
              Douglas G. Leney    on behalf of Creditor Nancy  Stevens dleney@archerlaw.com,
               mfriedman@archerlaw.com;jdering@archerlaw.com
              Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Janet Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com,
               ksantiago@egclawfirm.com,econolly@egclawfirm.com
              Melissa N. Licker    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               NJ_ECF_Notices@buckleymadole.com
              Nona Ostrove    on behalf of Creditor    Centennial Mill by Del Webb Community Association, Inc.
               nostrove@ostrovelaw.com
              Robert Braverman    on behalf of Debtor John  Radgoski robert@bravermanlaw.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
                                                                                              TOTAL: 13