UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

**Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Rd., Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Centennial Mill by Del Webb Community Association, Inc.

| | |
|---|---|
| In Re: | Case No. 15-28143 |
| | Adv. No. |
| John Radgoski | Hearing Date: |
| | Judge: Andrew B. Altenburg, Jr. |

**ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: August 14, 2018**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: John Radgoski

Case No: 15-28143

Caption of Order: ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

Upon consideration of Centennial Mill by Del Webb Community Association, Inc.'s motion/application for an order Order vacating automatic stay and co-debtor stay for failure to make post-petition payments and good cause appearing therefore, it is hereby  and good cause appearing therefore, it is hereby

**ORDERED** that relief be and is hereby granted and Centennial Mill by Del Webb Community Association be and is hereby permitted to proceed against John Radgoski and Susan Radgoski aka Susan M. Marshbank to collect all post-petition sums due and owing for unpaid homeowner assessments including a personal suit for recovery of all post-petition sums due and all allowed methods to collect on any judgment obtained and further to suspend membership rights and rights to use common elements to the extent allowed by association documents and association rules and regulations.