**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Law Offices of Nona L. Ostrove, LLC
1000 White Horse Rd., Suite 703
Voorhees, NJ  08043
(856) 566-4200; FAX (856) 566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Centennial Mill by Del Webb Community Association, Inc.

Order Filed on August 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Radgoski

Case No. 15-28143

Adv. No.

Hearing Date:

Judge: Andrew B. Altenburg, Jr.

### ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: August 14, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: John Radgoski

Case No: 15-28143

Caption of Order: ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

Upon consideration of Centennial Mill by Del Webb Community Association, Inc.'s motion/application for an order Order vacating automatic stay and co-debtor stay for failure to make post-petition payments and good cause appearing therefore, it is hereby and good cause appearing therefore, it is hereby

**ORDERED** that relief be and is hereby granted and Centennial Mill by Del Webb Community Association be and is hereby permitted to proceed against John Radgoski and Susan Radgoski aka Susan M. Marshbank to collect all post-petition sums due and owing for unpaid homeowner assessments including a personal suit for recovery of all post-petition sums due and all allowed methods to collect on any judgment obtained and further to suspend membership rights and rights to use common elements to the extent allowed by association documents and association rules and regulations.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-28143-ABA
John Radgoski                                                          Chapter 13
Susan Radgoski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Aug 14, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db/jdb         +John Radgoski,    Susan Radgoski,    112 Borton Avenue,    Voorhees, NJ 08043-4779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Douglas G. Leney    on behalf of Creditor Leonard  Stevens dleney@archerlaw.com
              Douglas G. Leney    on behalf of Creditor Nancy  Stevens dleney@archerlaw.com
              Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Janet  Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com,
               ksantiago@egalawfirm.com,econolly@egclawfirm.com,jwingfield@egalawfirm.com
              Melissa N. Licker    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION
               NJ_ECF_Notices@buckleymadole.com
              Nona  Ostrove    on behalf of Creditor    Centennial Mill by Del Webb Community Association, Inc.
               nostrove@ostrovelaw.com
              Robert  Braverman    on behalf of Debtor John  Radgoski robert@bravermanlaw.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Tammy L. Terrell    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
                                                                                              TOTAL: 13