UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert N. Braverman, Esquire (RB4093)
Law Office of Robert Braverman, LLC
1060 N. Kings Hwy., Suite #333
Cherry Hill, NJ 08034
(856) 348-0115
Attorneys for Debtor(s)

In Re:

John Radgoski

Case No.: 15-28143

Judge: ABA

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by ___Isabel Balboa, Ch 13 trustee___.

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer): SETTLEMENTS WERE DELAYED A MONTH. NO SALARY COMMISSION ONLY

2 immediate payments to be made

☐ Other (explain your answer): TWO PAYMENTS MADE 7-15-19 — See ATTACHED

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____

Date: 7-15-19

/s/ John Radgoski
Debtor's Signature

_[signature]_
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev. 8/1/15

## Make A Payment

1. Accept Terms & Conditions    2. Confirm Payment Details    **3. Payment Completed**

### Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 16 Jul 2019, $ 2,036.00 will be debited from your account.**



| | |
|---|---|
| Confirmation Number: | 6020907 |
| Payer Name: | John Radgoski |
| Payer Email Address: | johnradgoski@comcast.net |
| Online Payment ID: | 15281437268 |
| Chapter 13 Trustee: | Isabel C. Balboa |
| Payment Type: | Single Payment |
| Payment Entered Date: | 15 Jul 2019 |
| Payment Date: | 15 Jul 2019 |
| Payment Effective Date: | 16 Jul 2019 |
| Payment Amount: | $ 2,034.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 2,036.00** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 2,034.00 and $ 2.00*

Close Window    Print

## Make A Payment

1. Accept Terms & Conditions    2. Confirm Payment Details    **3. Payment Completed**

### Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 16 Jul 2019, $ 2,042.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 6020942 |
| Payer Name: | John Radgoski |
| Payer Email Address: | johnradgoski@comcast.net |
| Online Payment ID: | 15281437268 |
| Chapter 13 Trustee: | Isabel C. Balboa |
| Payment Type: | Single Payment |
| Payment Entered Date: | 15 Jul 2019 |
| Payment Date: | 15 Jul 2019 |
| Payment Effective Date: | 16 Jul 2019 |
| Payment Amount: | $ 2,040.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 2,042.00** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 2,040.00 and $ 2.00*

 Close Window      Print

https://stionlineepaymanager.suntrust.com/Custom_CM/EBPP_P...    7/15/2019