Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                              Case No.: 15−28143−ABA
                              Chapter:  13
                              Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Radgoski                           Susan Radgoski
   112 Borton Avenue              aka Susan M Marshbank
   Voorhees, NJ 08043             112 Borton Avenue
                                         Voorhees, NJ 08043

Social Security No.:
   xxx−xx−7268                         xxx−xx−1195

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 August 16, 2019
Time:                09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*142* − Certification in Opposition to (related document:141 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/29/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Robert Braverman on behalf of John Radgoski. (Braverman, Robert)

and transact such other business as may properly come before the meeting.


Dated: July 17, 2019
JAN: jpl

                                                                             Jeanne Naughton
                                                                              Clerk