Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−28143−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   John Radgoski
   112 Borton Avenue
   Voorhees, NJ 08043

   Susan Radgoski
   aka Susan M Marshbank
   112 Borton Avenue
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−7268

   xxx−xx−1195

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         August 16, 2019
Time:        09:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*142* − Certification in Opposition to (related document:141 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 07/29/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Robert Braverman on behalf of John Radgoski. (Braverman, Robert)

and transact such other business as may properly come before the meeting.

Dated: July 17, 2019
JAN: jpl

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John Radgoski  
Susan Radgoski  
     Debtors

Case No. 15-28143-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jul 17, 2019  
                              Form ID: 173        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.  
db/jdb        +John Radgoski,   Susan Radgoski,   112 Borton Avenue,   Voorhees, NJ 08043-4779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Donna L. Wenzel   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
        Douglas G. Leney   on behalf of Creditor Leonard  Stevens dleney@archerlaw.com,  
         jgarcia@archerlaw.com,ahuber@archerlaw.com,chansen@archerlaw.com  
        Douglas G. Leney   on behalf of Creditor Nancy  Stevens dleney@archerlaw.com,  
         jgarcia@archerlaw.com,ahuber@archerlaw.com,chansen@archerlaw.com  
        Francesca Ann Arcure   on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION  
         NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Janet Gold   on behalf of Creditor   Fulton Bank of New Jersey jgold@egclawfirm.com,  
         ksantiago@egalawfirm.com,jwingfield@egalawfirm.com  
        Melissa N. Licker   on behalf of Creditor   TOYOTA MOTOR CREDIT CORPORATION  
         NJ_ECF_Notices@mccalla.com  
        Nona Ostrove   on behalf of Creditor   Centennial Mill by Del Webb Community Association, Inc.  
         nostrove@ostrovelaw.com  
        Robert  Braverman   on behalf of Debtor John  Radgoski robert@bravermanlaw.com  
        Robert P. Saltzman   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for  
         Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org  
        Tammy L. Terrell   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
         bankruptcy@feinsuch.com  
                                                                                                                                                                    TOTAL: 13