**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | John Radgoski |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | District of New Jersey |
| Case number: | 15–28143–ABA |

Social Security number or ITIN   xxx–xx–7268
EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

# Order of Discharge       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

John Radgoski

2/10/21                                    **By the court:** Andrew B. Altenburg Jr.
                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                      Case No. 15-28143-ABA
John Radgoski                                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                                      Page 1 of 4
Date Rcvd: Feb 10, 2021                        Form ID: 3180WJ1                                 Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Radgoski, 112 Borton Avenue, Voorhees, NJ 08043-4779 |
| nc | + | Douglas A. Baker, 236 Pine Valley Lane, Sewell, NJ 08080-1108 |
| cr | + | Seterus, Inc. as the authorized subservicer for Fe, PO Box 1047, Hartford, CT 06143-1047 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, PO Box 9013, Addison, TX 75001-9013 |
| 515759293 | | Bank of America, P.O. Box 15796, Wilmington, DE 19886-5796 |
| 515908531 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 515759294 | + | Bishop & Bishop PC, 212 W. Route 38, Suite 300, Moorestown, NJ 08057-3271 |
| 515759297 | | Capital One Retail Services-Lord & Taylo, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 516159673 | + | Centennial Mill by Del Webb, c/o Law Offices of Nona L. Ostrove, LLC, 1000 White Horse Road, Suite 703, Voorhees, NJ 08043-4413 |
| 516361312 | + | Centennial Mill by Del Webb Community Association, 35 Alyce Lane, Voorhees, NJ 08043-4783 |
| 515759299 | | Chase, P.O. Box 78035, Phoenix, AZ 85062-8035 |
| 517261999 | + | Fulton Bank of New Jersey, Attn Eisenberg Gold & Agrawal, PC, 1040 N. Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 519109811 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519109812 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, |
| 515759305 | + | IRS-NJ Assistant Attorney General, Department of Justice Tax Division, Civil Trial Section, Eastern Region, P.O. Box 227, Ben Franklin Station, Washington, DC 20044-0227 |
| 515759310 | + | Marlin Business Bank, P.O. Box 637, Mount Laurel, NJ 08054-0637 |
| 515949064 | + | Oak Harbor Capital XI, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515759312 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, Inc., c/o Mr. Jeff A. Johnson, President, 14523 SW Millikan Way, Suite 200, Beaverton, OR 97005-2352 |
| 515759311 | + | Schumacher Stevens, Nancy, 23 Candlewood Terrace, Medford, NJ 08055-9176 |
| 515991950 | + | Seterus Inc., Attn Pluese, Becker & Saltzman, LLC, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 515981240 | + | Seterus, Inc. as the authorized subservicer for Fe, c/o Seterus, Inc., PO Box 1047, Hartford, CT 06143-1047 |
| 515759313 | + | Stevens, Leonard, 23 Candlewood Terrace, Medford, NJ 08055-9176 |
| 515759314 | | Stevens, Leonard & Nancy, c/o Archer & Greiner, Eric Lucadamo, One Centennial Square, P.O. Box 3000, Haddonfield, NJ 08033-0968 |
| 515759317 | | Toyota Financial Bankruptcy Notification, P.O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 515854095 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2021 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2021 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fult.com | Feb 10 2021 21:19:00 | Fulton Bank of New Jersey, 533 Fellowship Road, Mt. Laurel, NJ 08054-3411 |
| 515759292 | | EDI: BANKAMER.COM | Feb 11 2021 01:23:00 | Bank of America, P.O. Box 15019, Wilmington, |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: 3180WJ1 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| | | | | DE 19886-5019 |
| 515759295 | + | EDI: CAPITALONE.COM | Feb 11 2021 01:23:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 515759296 | | EDI: CAPITALONE.COM | Feb 11 2021 01:23:00 | Capital One - Boscovs, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 515839243 | | EDI: CAPITALONE.COM | Feb 11 2021 01:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516079613 | + | Email/Text: bncmail@w-legal.com | Feb 10 2021 21:18:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515759302 | | EDI: CITICORP.COM | Feb 11 2021 01:23:00 | Citi Bank, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 515759303 | | EDI: CITICORP.COM | Feb 11 2021 01:23:00 | DSNB/Macy's, P.O. Box 78008, Phoenix, AZ 85062-8008 |
| 515965706 | + | EDI: Q3G.COM | Feb 11 2021 01:23:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517022337 | + | Email/Text: bankruptcy@fult.com | Feb 10 2021 21:19:00 | Fulton Bank, Attn: Craig A. Roda, Chairman & CEO, One Penn Square, PO Box 4887, Lancaster, PA 17604-4887 |
| 515759304 | | EDI: IRS.COM | Feb 11 2021 01:23:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 515759307 | + | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2021 21:18:00 | IRS-NJ United States Attorney, 970 Broad Street, 5th Floor, Newark, NJ 07102-2534 |
| 515759298 | | EDI: JPMORGANCHASE | Feb 11 2021 01:23:00 | Chase, c/o Brad D. Layton, JP Morgan Chase Legal Department, 900 US Highway 9 North, Suite 401, Woodbridge, NJ 07095 |
| 515759300 | | EDI: JPMORGANCHASE | Feb 11 2021 01:23:00 | Chase Card Services, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 515759301 | | EDI: JPMORGANCHASE | Feb 11 2021 01:23:00 | Chase Cardmember Service, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 515981314 | | EDI: JPMORGANCHASE | Feb 11 2021 01:23:00 | JPMORGAN CHASE BANK, N.A., Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Number Street, Monroe, LA 71203 |
| 515759309 | | EDI: FORD.COM | Feb 11 2021 01:23:00 | Lincoln Automotive Financial Services, P.O. Box 542000, Omaha, NE 68154-8000 |
| 515836985 | | EDI: RMSC.COM | Feb 11 2021 01:23:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 515817461 | + | Email/Text: bncmail@w-legal.com | Feb 10 2021 21:18:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515759315 | | EDI: TDBANKNORTH.COM | Feb 11 2021 01:23:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 515893548 | | EDI: TDBANKNORTH.COM | Feb 11 2021 01:23:00 | TD Bank, N.A., Attn: Bankruptcy Dept., PO Box 9547, Portland, ME 04112 |
| 515759316 | + | EDI: WTRRNBANK.COM | Feb 11 2021 01:23:00 | TD Bank/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 515939069 | | EDI: ECAST.COM | Feb 11 2021 01:23:00 | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 25

Case 15-28143-ABA    Doc 154    Filed 02/12/21    Entered 02/13/21 00:20:09    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2021 | Form ID: 3180WJ1 | Total Noticed: 50 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Douglas A. Baker, 236 Pine Valley Lane, Sewell, NJ 08080-1108 |
| 515759306 | *+ | IRS-NJ Office of Chief Counsel, SB/SE Division Counsel, Suite 1500, One Newark Center, Newark, NJ 07102-5211 |
| 516128874 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 515759308 | ##+ | Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite 333, Cherry Hill, NJ 08034-1910 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021                            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Goldman Sachs Mortgage Company bkecf@milsteadlaw.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donna L. Wenzel | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Douglas G. Leney | on behalf of Creditor Leonard Stevens dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Nancy Stevens dleney@archerlaw.com ahuber@archerlaw.com,chansen@archerlaw.com |
| Francesca Ann Arcure | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION NJ_ECF_Notices@McCalla.com NJ_ECF_Notices@McCalla.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Janet Gold | on behalf of Creditor Fulton Bank of New Jersey jgold@egclawfirm.com ksantiago@egalawfirm.com,jwingfield@egalawfirm.com |
| Melissa N. Licker | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Nona Ostrove | on behalf of Creditor Centennial Mill by Del Webb Community Association Inc. nostrove@ostrovelaw.com |
| Robert Braverman | on behalf of Debtor John Radgoski rbraverman@mcdowelllegal.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 10, 2021 | Form ID: 3180WJ1 | Total Noticed: 50 |

|  |  |
|---|---|
| | tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Robert P. Saltzman | on behalf of Creditor Seterus  Inc. as the authorized subservicer for Federal National Mortgage Assocation ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| Tammy L. Terrell | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |

TOTAL: 15