Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 15–28143–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Radgoski | Susan Radgoski |
| 112 Borton Avenue | aka Susan M Marshbank |
| Voorhees, NJ 08043 | 112 Borton Avenue |
| | Voorhees, NJ 08043 |

Social Security No.:
  xxx–xx–7268                                          xxx–xx–1195

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 12, 2021</u>            <u>Andrew B. Altenburg Jr.</u>
                                        Judge, United States Bankruptcy Court